IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SIOBHAN MORIN, <br><br> Plaintiff, <br><br> v. <br><br> CROSSMARK, INC., a Corporation, <br><br> Defendant. | CIVIL ACTION <br><br> No. 3: 2013-cv-01080 <br><br> RULE 41 VOLUNTARY DISMISSAL |

## STIPULATION OF DISMISSAL UNDER RULE 41(a)(1)

It is hereby stipulated that the above-entitled action be discontinued and dismissed with prejudice and without cost to either party.

_____
RICHARD P. MYERS
Attorney for Plaintiff

Dated: 9/26/13

_____
STEPHEN E. FOX
Attorney for Defendant CROSSMARK, Inc.

Dated: 9-26-13

_____
SIOBHAN MORIN
Plaintiff

Dated:_____

-------- Original Message --------  
**Subject:** Withdraw  
**Date:** Fri, 30 Aug 2013 11:57:39 -0400  
**From:** Siobhan Morin <smorin87@gmail.com>  
**To:** Ralph Powell <rapowell13@comcast.net>

Attorney Powell,

I would like to withdraw from the Crossmark case and will not be proceeding forward at this point.

Regards,

Siobhan Morin